```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                         CASE NO. 06 B 12603
         MARIE A GREEN
                                                   CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

              Debtor
         SSN XXX-XX-8423


    -----------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
    -----------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

         1.  The case was filed on 10/03/06 and confirmed on 01/12/07.

         2.  The case was dismissed after confirmation, 06/27/2008.

         3.  The Debtor paid a total of $  39149.64 .

         4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | 31373.60 | .00 | 31373.60 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 10790.41 | .00 | 2115.59 |
| FAIRFIELD LAKES CONDO AS | SECURED | 1422.00 | .00 | 500.27 |
| SOUTHEAST TOYOTA FINANCE | UNSECURED | 8592.12 | 1054.53 | 1687.19 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1268.38 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | 4808.75 | .00 | .00 |
| B LINE LLC | UNSECURED | 694.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1375.97 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 352.18 | .00 | .00 |
| HUNTLEY FIRE PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS LENDING | UNSECURED | 443.42 | .00 | .00 |
| ILLINOIS LENDING | UNSECURED | 1039.21 | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH NORTH SHORE MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | 957.06 | .00 | .00 |
| WOODSTOCK IMAGING ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MCMT | UNSECURED | 376.48 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MAYER KAPLAN | UNSECURED | 339.29 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 11839.15 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 43586.01 | .00 | 32086.01 | .00 | 75672.02 |

```
PRINCIPAL PAID            33989.46           .00      1687.19           .00     35676.65
INTEREST PAID                  .00           .00      1054.53           .00      1054.53
TOTAL PAID                33989.46           .00      2741.72           .00     36731.18
```

The Debtor's attorney, TIMOTHY K LIOU                    , was allowed $   3000.00 and was paid $   2373.00   direct and $    627.00   through the plan.

The Trustee received $   1791.46 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                         /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE